1  DENNIS N. LUECK, JR. (SBN 292414)
   dlueck@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   633 West 5th Street, 47th Floor
3  Los Angeles, CA 90071
   Telephone:  310-680-2800
4  Facsimile:  310-614-7399

5  ELVIN I. TABAH (SBN 286369)
   etabah@hinshawlaw.com
6  HINSHAW & CULBERTSON LLP
   11601 Wilshire Blvd., Suite 800
7  Los Angeles, CA 90025
   Telephone:  310-909-8000
8  Facsimile:  310-909-8001

9  Attorneys for Defendant PIONEER CREDIT RECOVERY, INC.

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12                  SACRAMENTO_DIVISION

13
   AKHTAR ZAHEDI,                        Case No. 2:19-cv-00456-MCE-AC
14
            Plaintiff,                    (Honorable Morrison C. England,
15                                        Courtroom "7" 14th Floor)
        vs.
16                                        **ORDER GRANTING SECOND
   UNITED STATES OF AMERICA,              STIPULATION EXTENDING TIME
17 PIONEER CREDIT RECOVERY, INC.,         TO RESPOND TO THE INITIAL
   and DOES 1 through 50, Inclusive,      COMPLAINT BY NOT MORE
18                                        THAN 28 DAYS**
            Defendants.
19
                                          Complaint Served: April 14, 2019
20                                        Current Response Date: June 28, 2019
                                          New Response Date: July 5, 2019
21

22
                                          Complaint Filed:  3/13/19
23                                        Motion Cut-Off:      Not Set
                                          Discovery Cut-Off:   Not Set
24

25

26

27

28

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

ORDER RE SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
                                          Case No. 2:19-cv-00456-MCE-AC
                                          303952374v1 1019435

# **ORDER**

After reviewing the Second Stipulation Extending Time to Respond to the Complaint by not more than 28 days filed by Plaintiff AKHTAR ZAHEDI and Defendant PIONEER CREDIT RECOVERY, INC., and GOOD CAUSE being shown, this Court hereby rules and adjudges as follows:

1) The stipulation is GRANTED.

2) Defendant PIONEER CREDIT RECOVERY, INC. has until July 5, 2019 to answer or otherwise respond to Plaintiff AKHTAR ZAHEDI's Complaint.

**IT IS SO ORDERED.**

**Dated: July 17, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000