UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHTAR ZAHEDI,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, PIONEER CREDIT RECOVERY, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. 2:19-cv-00456-MCE-AC<br><br><br><br>**ORDER** |

Presently before the Court' is the United States' Motion to Dismiss this matter on ground under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). ECF No. 7. On July 11, 2019, Plaintiff filed a Statement of Non-Opposition (ECF No. 13) to said Motion. Given that non-opposition, and good cause appearing, Defendant United States' Motion (ECF No. 7) is GRANTED. The United States is accordingly terminated as a Defendant to this litigation.

    IT IS SO ORDERED.

Dated: July 23, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE