UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKHTAR ZAHEDI, | No. 2:19-cv-00456-MCE-AC |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, PIONEER CREDIT RECOVERY, INC., and DOES 1 through 50, inclusive, | |
| Defendants. | |

Presently before the Court is a Motion to Dismiss in this matter filed on behalf of Defendant Pioneer Credit Recovery, Inc. ("Pioneer"). Pioneer's Motion is brought under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). ECF No. 7. On July 25, 2019, Plaintiff filed a Statement of Non-Opposition (ECF No. 19) to Pioneer's Motion. Given that non-opposition, and good cause appearing, Defendant Pioneer's Motion (ECF No. 11) is GRANTED. The matter having now been concluded on behalf of both named defendants, the Clerk of Court is directed to close the file inasmuch as the case has been resolved in its entirety.

IT IS SO ORDERED.

Dated: August 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1